**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE HEROES PROJECT d/b/a THE HEROES VETERAN PROJECT, a Washington, D.C. non-profit corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>FITCO CARES FOUNDATION d/b/a HEROES PROJECT, a Texas non-profit corporation; and FITCO FITNESS CENTER OUTFITTERS, L.L.C., a Texas corporation,<br><br>        Defendants. | Case No. CV 14-02978 DMG (Ex)<br><br>**JUDGMENT** |

This Court having granted the motion by Plaintiff The Heroes Project ("THP") for default judgment by order dated October 3, 2014 [Doc. # 29],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff and against Defendants Fitco Cares Foundation and Fitco Fitness Center Outfitters, L.L.C. Plaintiffs shall be entitled to recover costs in a reasonable amount that shall be determined upon Plaintiff's submission of a Notice of Application to the Clerk to Tax Costs and a proposed Bill of Costs within 14 days after the entry of this judgment pursuant to Local Rule 54-2.

Defendants Fitco Cares Foundation and Fitco Fitness Center Outfitters, and their officers, agents, servants, employees, and attorneys, and all other persons acting in concert or participating with them, who receive actual notice of the Court's injunction order and this judgment by personal or other service, are ordered to:

1. Cease all use and never use "The Heroes Project" trademark, or any other mark likely to cause confusion with "The Heroes Project" trademark in connection with the creation, promotion, marketing, offering for sale, sale, or distribution of goods and services;

2. Never use any false designation of origin, false representation, or any false or misleading description of fact, including the "Heroes Project" name, or any other mark, name, or logo confusingly similar to "The Heroes Project" trademark or logos, that can, or is likely to, lead the consuming public, or individual members thereof, to falsely believe that any products or services produced, offered, promoted, marketed, advertised, provided, or sold by Defendants are in any manner associated or connected with THP, or are licensed, approved, or authorized in any way by THP;

3. Never represent or suggest in any fashion to any third party, or perform any act that may give rise to the mistaken belief that Defendants, or any of their goods or services, are related to, authorized, or sponsored by THP;

4. Cease all use of the domain name <heroesproject.org> and any similar domain names, and never register any domain names that contain "The Heroes Project" trademark, or any domain names confusingly similar to the THP trademark;

5. Never unfairly compete with THP in any manner whatsoever, or engage in any unfair, fraudulent, or deceptive business practices that relate in any way to the production, distribution, marketing, and/or sale of products and services bearing or utilizing "The Heroes Project" trademark, or any other mark or designation confusingly similar thereto; and

6. Abandon the pending federal trademark application for "Heroes Project" and design, and never apply for, or seek to register any mark that contains or is likely to cause confusion with, the THP trademark.

7. Transfer the domain name <heroesproject.org> to THP.

**IT IS SO ORDERED.**

DATED: October 3, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE